IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| PAUL WYSONG, et al., | : | CASE NO. 3:17-cv-00048 |
| Plaintiffs, | : | (Judge Walter H. Rice) |
| | | (Magistrate Judge Sharon Ovington) |
| v. | : | |
| JUDY NAGENGAST, et al., | : | **ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE EXPERT WITNESS REPORTS** |
| Defendants. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 16(b)(4) and for good cause shown, Plaintiffs' Motion for an Extension of Time to File Expert Witness Reports (Doc. No. 30), as supplemented by Defendants' Response to the same (Doc. No. 32), is GRANTED. The Court orders that the Preliminary Pretrial Conference Order (Doc. No. 28) be amended as follows:

| Matter | OLD Deadline | NEW Deadline |
| --- | --- | --- |
| Plaintiff Expert Deadline | February 23, 2018 | March 20, 2018 |
| Rebuttal Expert Deadline | March 23, 2018 | April 20, 2018 |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE